**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, by and through its ATTORNEY GENERAL, LIZ MURRILL | |
| Plaintiff, | **CIVIL ACTION NO.: 2:26-cv-02614** |
| v. | **JUDGE:** |
| KALSHI INC., *et al.* | **MAGISTRATE:** |
| Defendants. | |

## ROBINHOOD DEFENDANTS' MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

**NOW INTO COURT,** through undersigned counsel, come Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC and, for the reasons set forth fully in the attached Memorandum of Law in Support, move this Court pursuant to Federal Rules of Civil Procedure Rule 65, to dissolve the *ex parte* Temporary Restraining Order entered on November 12, 2026 by the Louisiana 21st Judicial District Court – Parish of Tangipahoa, prior to removal to this Court.

Respectfully submitted this 14th day of November,

{signature page follows}

*/s/ Adam B. Zuckerman*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Aubrey B. Hirsch, Jr., T.A. (LA # 06948)
Adam B. Zuckerman (LA # 25943)
Lauren Brink Adams (LA # 37052)
365 Canal Street, Suite 3100
New Orleans, LA 70130
Tel: (504) 566-5200
Email: ahirsch@bakerdonelson.com
azuckerman@bakerdonelson.com
lbrink@bakerdonelson.com

Antony L. Ryan*
Kevin J. Orsini*
Brittany L. Sukiennik*
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Email: aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

**pro hac vice forthcoming*

*Counsel for Defendants Robinhood Markets, Inc.
and Robinhood Derivatives, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sends notification to all counsel of record for the removing parties, and a copy was served on all other counsel of record via email.

*/s/ Adam B. Zuckerman*