**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, by and through its ATTORNEY GENERAL, LIZ MURRILL<br><br>Plaintiff,<br><br>v.<br><br>KALSHI INC., *et al.*<br><br>Defendants. | **CIVIL ACTION NO.: 2:26-cv-02614**<br><br>**JUDGE:**<br><br>**MAGISTRATE:** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that pursuant to L.R. 7.2, the Motion to Dissolve Temporary Restraining Order filed by Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC (the "Robinhood Defendants") is hereby set for submission on the ______ day of __________, 2026 at _____ a.m./p.m. before the Honorable Judge _________,[1] United States District Court for the Eastern District of Louisiana, 500 Poydras Street, B335, New Orleans, Louisiana 70130.

Respectfully submitted this 14th day of November,

{signature page follows}

[1] The Robinhood Defendants are filing their Motion to Dissolve Temporary Restraining Order before this case has been assigned to a judge because of the immediate and ongoing harm caused by the improperly issued temporary restraining order. The Robinhood Defendants will file an Amended Notice of Submission with a submission date as soon as this case is assigned, and also intend to file a Motion to Expedite the Hearing on the Motion to Dissolve Temporary Restraining Order.

*/s/ Adam B. Zuckerman*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Aubrey B. Hirsch, Jr., T.A. (LA # 06948)
Adam B. Zuckerman (LA # 25943)
Lauren Brink Adams (LA # 37052)
365 Canal Street, Suite 3100
New Orleans, LA 70130
Tel: (504) 566-5200
Email: ahirsch@bakerdonelson.com
azuckerman@bakerdonelson.com
lbrink@bakerdonelson.com

Antony L. Ryan*
Kevin J. Orsini*
Brittany L. Sukiennik*
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Email: aryan@cravath.com
korsini@cravath.com
bsukiennik@cravath.com

**pro hac vice forthcoming*

*Counsel for Defendants Robinhood Markets, Inc. and Robinhood Derivatives, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sends notification to all counsel of record for the removing parties, and a copy was served on all other counsel of record via email.

*/s/ Adam B. Zuckerman*