**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STATE OF LOUISIANA, by and through its ATTORNEY GENERAL, LIZ MURRILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-2614** |
| **KALSHI INC., ET AL.** | **SECTION "G"(3)** |

**ORDER**

The Court has recently been advised that the subject matter of the above-captioned case appears to be related to another case previously pending in the Eastern District of Louisiana, case 26-2482, *QCX LLC v. Liz Murrill, et al.* Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Judge Lance Africk, Section "I" of this Court and to Magistrate Judge Karen Wells Roby, Division 4 of this Court.

**NEW ORLEANS, LOUISIANA** this 16th day of November, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

11/16/26
TRANSFERRED TO
**SECT. I MAG 4**