**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, by and through its ATTORNEY GENERAL LIZ MURRILL,<br><br>PLAINTIFF,<br><br>v.<br><br>KALSHI INC., et al.,<br><br>DEFENDANTS. | Civil Action No. 2:26-cv-2614<br><br>Judge: NJB-EJD<br><br>Removed from the Twenty-First Judicial District Court for the Parish of Tangipahoa |

**EMERGENCY MOTION TO REMAND AND MOTION FOR EXPEDITED SUBMISSION DATE**

Pursuant to 28 U.S.C. § 1447(c), the State of Louisiana, by and through its Attorney General Elizabeth B. Murrill, respectfully moves this Court for an order remanding this case to the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana. As set forth in the State's accompanying memorandum in support, Polymarket's notice invoking federal officer removal pursuant to 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 1331 is improper. The State also seeks an award of just costs and actual expenses, including attorney fees, incurred as a result of the removal, pursuant to 28 U.S.C. § 1447(c).

Pursuant to the Court's available motion submission dates, the State has selected the earliest available civil submission date of December 9, 2026. However, given the immediate effects of this improper removal action, the State respectfully requests an expedited submission date at the Court's earliest convenience.

Dated: November 16, 2026

Respectfully submitted,

Elizabeth B. Murrill
Attorney General of Louisiana

*/s/ Caitlin Huettemann*
Caitlin Huettemann (La #40402)*
*Assistant Solicitor General*
Elizabeth Brown (La #42025)*
*Assistant Solicitor General*

*/s/ Ryan M. Nolan*
Michael Dupree (La #26870)
*Director, Public Protection Division*
John J. Kelley (La #35506)
*Section Chief, Public Protection Division*
Ryan M. Nolan (La #37244)
*Assistant Attorney General, Complex Litigation, Public Protection Division*

Dawn M. Himel (La #31007)
*Director, Gaming Division*
Jeremy Gathe (La #34557)
*Section Chief, Gaming Division*
Sarah Trouard (La #30313)
*Assistant Attorney General, Gaming Division*

Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 326-6300
huettemannc@ag.louisiana.gov
browne@ag.louisiana.gov
dupreem@ag.louisiana.gov
kelleyj@ag.louisiana.gov
nolanry@ag.louisiana.gov
himeld@ag.louisiana.gov
gathej@ag.louisiana.gov
trouards@ag.louisiana.gov

**motion to enroll pending*

*Counsel for the State of Louisiana*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

*/s/ Ryan M. Nolan*
Ryan M. Nolan (La #37244)