**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, by and through its ATTORNEY GENERAL LIZ MURRILL,<br><br>PLAINTIFF,<br><br>v.<br><br>KALSHI INC., et al.,<br><br>DEFENDANTS. | Civil Action No. 2:26-cv-2614<br><br>Judge: NJB-EJD<br><br>Removed from the Twenty-First Judicial District Court for the Parish of Tangipahoa |

**ORDER**

Considering the foregoing Emergency Motion to Remand filed by the State of Louisiana,

**IT IS ORDERED** that the Motion is GRANTED. This matter is hereby remanded to the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana.

This ___ day of ________________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE