**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

State of Louisiana, by and through its Attorney General Liz Murrill
**PLAINTIFF(S)**

**VERSUS**

Kalshi, Incl, et al.,
**DEFENDANT(S)**

**CIVIL ACTION**

**No.** 2:26-cv-2614

**SECTION:** G

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Remand is hereby set for submission before District Judge/Magistrate Judge Brown on Wednesday, December 9 at 10 a.m.

/s/ Ryan M. Nolan
(Signature)

Ryan M. Nolan
(Name)

1885 North Third Steer
(Address)

Baton Rouge LA 70802
(City) (State) (Zip)

225-326-6400
(Telephone)

**CERTIFICATE OF SERVICE**

**I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this** 16th **day of** November**, 20**26**.**

/s/ Ryan M. Nolan
**(SIGNATURE)**